CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
4/4/2023
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF VIRGINIA

LYNCHBURG DIVISION

| | |
|---|---|
| ZACHARY GRADY, *et al.*, <br><br> *Plaintiff,* <br><br> v. <br><br> DANIEL R. ROTHWELL, *et al.*, <br><br> *Defendants.* | CASE NO. 6:23-cv-00001 <br><br><br> ORDER |

This matter is before the Court on Defendants' motion to dismiss, Dkt. 35. For the reasons discussed in the accompanying opinion, the Court grants this motion.

The Clerk of the Court is directed to send this Order to the parties.

Entered this __4th__ day of April, 2023.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE